■ The People of the State of New York, Respondent, v Michael Johnson, Appellant. [973 NYS2d 920]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered June 1, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Friedman, J.P., Sweeny, Acosta and Manzanet-Daniels, JJ.